# Court of Appeals
# of the State of Georgia

ATLANTA, May 06, 2025

*The Court of Appeals hereby passes the following order:*

**A25A1512. DANIEL HARKNESS v. COURTNEY HARKNESS.**

On October 21, 2024, the trial court entered final judgment, granting a divorce to Daniel and Courtney Harkness. On the same date, the trial court also issued an order outlining the resolution of Courtney's contempt motion.[1] From these orders, Daniel filed a timely notice of appeal. This Court, however, lacks jurisdiction.

Appeals from "judgments or orders in divorce, alimony, and other domestic relations cases" must be made by application for discretionary appeal. OCGA § 5-6-35 (a) (2); see *Evans v. Jackson*, 368 Ga. App. 170, 173 (1) (b) (889 SE2d 343) (2023). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Here, Daniel's

---

[1] The trial court also denied Daniel's motion for reconsideration.

failure to file an application for discretionary appeal regarding these orders deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 05/06/2025

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*